NUMBER 13-05-722-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_________________________________________________________

 

CROSSTEX GULF COAST TRANSMISSION, LTD.,          Appellant,

 

                                           v.

 

LINDA
LENTZ ELMORE, ET AL.,                                 Appellees.

_________________________________________________________

 

              On appeal from County
Court at Law No. One 

                           of Victoria
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

        Before Chief Justice Valdez
and Justices Yañez and Garza

Memorandum
Opinion Per Curiam

 








Appellant, CROSSTEX
GULF COAST TRANSMISSION, LTD., perfected an appeal from a judgment entered
by County Court at Law No. One of Victoria
County, Texas, in cause number CIV1-11,788.  After the record was filed, appellant filed a
motion to dismiss the appeal.  In the
motion, appellant states that this case has been resolved and appellant no
longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 26th day of January,
2006.